WALLACE et al. v. FREY et al. (three cases).

(Supreme Court, Special Term, New York County. March, 1899.)

INSANE PERSONS—INQUISITION—PRESUMPTIONS.

A person is conclusively presumed to be insane so long as an inquisition against him remains in force.

Three separate actions by John Wallace and another, as committee of Marie F. Wilmerding, a lunatic, against Rose Frey and others. Defendant Frey moves for leave to serve a supplemental answer in each action. Denied.

James C. De La Mare, for the motion.
John B. Gleason, opposed.

GIEGERICH, J. These actions are brought by the committee of an adjudged lunatic to set aside certain transfers made by the latter to the defendant Rose Frey, who applies for leave to set up by supplemental answer a settlement entered into by her with the lunatic during the pendency of the action, and while the inquisition remained in force, as it still continues. The defense must be viewed as frivolous, since the presumption of insanity, during the life of the inquisition, is conclusive, and the actual sanity of the adjudged incompetent cannot be shown in support of an agreement made during that period. Carter v. Beckwith, 128 N. Y. 312, 28 N. E. 582. Therefore the motion is denied, with $10 costs.